**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SHARON DOUSE,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **No. 26-cv-2538** |
| | : | |
| **HOLIDAY INN,** | : | |
| **Defendant.** | : | |

**O R D E R**

**AND NOW**, this 28th day of September, 2026, upon consideration of Plaintiff Sharon Douse's *pro se* Amended Complaint (ECF No. 14), it is **ORDERED** that:

1. The Amended Complaint (ECF No. 14) is **DISMISSED IN PART WITH PREJUDCE** and **DISMISSED IN PART WITHOUT PREJUDICE** for the reasons stated in the Court's Memorandum, as follows:

   a. The federal claims are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

   b. The state law claims are **DISMISSED WITHOUT PREJUDICE** to an action to be filed in state court;[1]

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

*/s/ Joseph F. Leeson, Jr.*

**JOSEPH F. LEESON, JR.**
**United States District Judge**

---

1 "The period of limitations for any claim asserted under subsection (a) . . . shall be tolled while the claim is pending and for a period of 30 days after it is dismissed unless State law provides for a longer tolling period." 28 U.S.C. § 1367(d).